**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

JOSHUA CUTLER,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA; and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

Defendants.

Case No. 2:26-cv-03071-RSL

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DECLARATION OF RIGHTS TO BENEFITS, FOR RECOVERY OF BENEFITS, AND FOR CLARIFICATION OF RIGHTS TO FUTURE BENEFITS**

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint for Declaration of Rights to Benefits, for Recovery of Benefits, and for Clarification of Rights to Future Benefits ("Complaint") in the above matter, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than November 13, 2026.

DATED this 10th day of November, 2026.

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Prepared By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
Russell S. Buhite, WSBA #41257
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7052
Facsimile: (206) 693-7058
Email: russell.buhite@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Kristina N. Holmstrom*
Kristina N. Holmstrom, AZ Bar #023384
(appearing *pro hac vice*)
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750
Email: kristina.holmstrom@ogletree.com

*Attorneys for Defendants Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America*